1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

JUL 30 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS_____
                    DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:07-CR-00074 LJO |
| Plaintiff, | MOTION TO UNSEAL SUPERSEDING INDICTMENT; [PROPOSED] ORDER |
| v. | |
| JUAN NAVARRO, et al., | |
| Defendants. | |

The Superseding Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kevin P. Rooney, Assistant United States Attorney, hereby moves that the Superseding Indictment in this case be unsealed and made public record.

Dated: July 30, 2007

                              /s/ KEVIN P. ROONEY
                              Assistant U. S. Attorney

   IT IS SO ORDERED.

DATED: July 30, 2007

                              /s/ DENNIS L. BECK
                              United States Magistrate Judge

1