CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534


Attorney for Defendant Manuel Meza


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-00074 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONINUE |
| ) | SENTENCING AND PROPOSED ORDER |
| vs. ) | THEREON |
| ) | |
| MANUEL MEZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated between United States, by and through its undersigned attorneys and defendant Manuel Meza, by and through his attorney of record, Carl M. Faller, that the sentencing hearing currently set for March 17, 2008, be continued until April 4, 2008 at 900 am.


DATED:  March 12, 2008                    Respectfully submitted,

                                          /s/____Carl  M. Faller_____
                                          CARL M. FALLER
                                          Attorney for Defendant Manuel Meza

1
2
3                                          McGREGOR W. SCOTT
                                            United States Attorney
4
                                           By  /s/ Kevin P. Roooney
5
                                           KEVIN P. ROONEY
6                                          Assistant US Attorney

7
           IT IS SO ORDERED.
8
    DATED:  March 12, 2008              /s/ Lawrence J. O'Neill
9                                        LAWRENCE J. O'NEILL
                                         United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26