McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-CR-0074 LJO |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE DATE |
| v. ) | FOR SENTENCING HEARING |
| ) | |
| ) | |
| ) | DATE:   APRIL 4, 2008 |
| MANUEL MEZA, ) | TIME:    9:00 a.m. |
| ) | PLACE:  Courtroom 4 |
| Defendant. ) | Honorable Lawrence J. O'Neill |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing presently set for April 4, 2008 at 9:00 a.m. is continued until April 11, 2008  at 9:00 a.m. to be heard before the Honorable Lawrence J. O'Neill, Courtroom 4.

IT IS SO ORDERED.

**Dated:   April 1, 2008**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1